# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

137673 & (105)(106)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAIMLERCHRYSLER CORPORATION,
        Plaintiff-Appellant/Cross-
        Appellee,

v

WESCO DISTRIBUTION, INC.,
        Defendant/Cross-Defendant-
        Appellee/Cross-Appellant,

and

HIGH VOLTAGE MAINTENANCE
CORPORATION,
        Defendant/Cross-Plaintiff.

SC: 137673
COA: 276174
Wayne CC: 04-419323-CK

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the October 2, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

s0415

_____
Clerk